Prob 12BV-IA
(Rev. 3/03)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAR -9 PM 4: 13

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEBRASKA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**

(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Karen Arlene Green | **Case Number:** 8:05cr176 |
| **Name of Sentencing Judicial Officer:** | Joseph F. Bataillon | |
| **Date of Original Sentence:** | November 3, 2005 | |
| **Original Offense:** | T.21:841(c)(1) and 841(c)(2) - Possession of a List I Chemical, Pseudoephedrine with Intent to Manufacture Methamphetamine | |
| **Original Sentence:** | Time Served, three (3) years supervised release | |
| **Special Conditions:** | 1) DNA Collection<br>2) No Alcohol<br>3) Search<br>4) Diagnostic Evaluations<br>5) Financial Informaion<br>6) Community Service - 100 Hours<br>7) Drug Testing | |
| **Date Supervision Commenced:** | 11/3/2005 | |
| **Assistant U. S. Attorney:** | Jennie M. Dugan-Hinrichs | **Defense Attorney:** Thomas J. Olsen |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**You shall participate in a program of curfew supervision for a period of up to 120 days. For seven days each week, during such period, you shall be at your place of residence from 9:00 p.m. to 6:00 a.m. You shall remain at your residence during the hours designated unless otherwise approved by your probation officer. You will maintain a telephone at your place of residence without call forwarding, a modem, caller ID, call waiting or portable cordless telephone for the above period. If directed by the probation officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer and do not have to pay the costs of electronic monitoring.**

Prob 12BV-IA

Request for Modifying the
Conditions or Term of Supervision
with Consent of the Offender
Page 2

## CASE SUMMARY

Ms. Green commenced her three year term of supervised release on November 3, 2005. The below-listed violation represents her second violation involving the use of illegal substances. Since December 2006, Ms. Green has been participating in an intensive outpatient drug treatment program that includes six hours of counseling each week in addition to the collection of six urine specimens each month. This officer has conveyed to Ms. Green that if any additional noncompliance arises during the remaining term of supervision that this officer may request the revocation of her supervised release.

**Violation**

1) The defendant shall refrain from any unlawful use of a controlled substance.

**Nature of Non-Compliance**

a) On December 13, 2006, Ms. Green provided a positive urine specimen for methamphetamine at Zion Recovery Services in Clarinda, Iowa.

b) On that same date, Mr. Green telephoned this officer advising to the use of methamphetamine earlier in the month.

Ms. Green has signed the attached Waiver of Hearing agreeing to have her supervision conditions modified, as noted in the Petition.

Respectfully submitted,

By _____

Daniel E. Caropreso
U. S. Probation Officer
Date: March 8, 2007

Prob 12BV-IA

Request for Modifying the
Conditions or Term of Supervision
with Consent of the Offender
Page 3

## THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

_____
Joseph F. Bataillon
Chief U.S. District Judge

___3/9/07_____
Date